# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALLEMAN, PAUL MARK | § | Case No. 14-31198 |
| ALLEMAN, SERENA LYNN | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/26/2014 . The undersigned trustee was appointed on 08/26/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $   453,219.71

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 207.69 |
   | Bank service fees | 8,838.18 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 444,173.84 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/31/2015 and the deadline for filing governmental claims was 03/31/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 25,910.99 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 25,910.99 , for a total compensation of $ 25,910.99 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 25.80 , for total expenses of $ 25.80 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/21/2017    By: /s/JOSEPH E. COHEN
                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-31198 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | ALLEMAN, PAUL MARK | | | Date Filed (f) or Converted (c): | 08/26/14 (f) |
| | ALLEMAN, SERENA LYNN | | | 341(a) Meeting Date: | 09/19/14 |
| For Period Ending: | 02/21/17 | | | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: Single family home at 7062 Bentley Dr i | 225,000.00 | 0.00 | | 30,000.00 | FA |
| 2. Other: 2 lots in a recreational vehicle park Locat | 4,000.00 | 0.00 | | 2,000.00 | FA |
| 3. Debtor owns an interest in an LLC which owns a bui | Unknown | 0.00 | | 131,101.00 | FA |
| 4. Interests in the MVC Trust evidenced by 250 points | Unknown | 0.00 | | 0.00 | FA |
| 5. Cash | 100.00 | 0.00 | | 100.00 | FA |
| Cash: Emergency cash on hand Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 6. Financial Accounts | 21,115.62 | 0.00 | | 13,000.00 | FA |
| Checking Account: 08-73 Location: Abbott Laboratories Empl Credit Union, 401 N. Riverside Drive Ste 1-A Gurnee, Illinois 60031-5915 | | | | | |
| 7. Financial Accounts | 6,499.92 | 0.00 | | 6,499.92 | FA |
| Checking Account: 0097 Location: Bank Financial 48 Orland Square Drive, Orland Park, IL 60462 | | | | | |
| 8. Financial Accounts | 35,189.00 | 0.00 | | 6,802.70 | FA |
| Checking Account: 1331 Location: Cornerstone National Bank, PO Box 1249, Palatine, IL 60078 | | | | | |
| 9. Financial Accounts | 4,556.88 | 0.00 | | 4,556.88 | FA |
| Savings Account: 1462 Location: Bank Financial, 48 Orland Square Drive, Orland Park, IL 60462 | | | | | |
| 10. Financial Accounts | 738.38 | 0.00 | | 738.38 | FA |
| Savings Account: 08-01 Location: Abbott Laboratories Employees Credit Union 401 N. Riverside Drive Ste 1-A Gurnee, Illinois 60031-5915 | | | | | |
| 11. Financial Accounts | 76.51 | 0.00 | | 76.51 | FA |
| Savings Account: 08-11 Location: Abbott Laboratories Employees Credit Union 401 N. Riverside Drive Ste 1-A Gurnee, Illinois 60031-5915 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 14-31198 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ALLEMAN, PAUL MARK | | | | Date Filed (f) or Converted (c): | 08/26/14 (f) |
| | ALLEMAN, SERENA LYNN | | | | 341(a) Meeting Date: | 09/19/14 |
| | | | | | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. Household Goods | 2,500.00 | 0.00 | | 1,000.00 | FA |
| Furniture: 3 couches, 3 chairs, round table and 4 chairs, Dining room table and 6 chairs, 3 beds, 1 bunkbed, 3 chest of drawers, 2 coffee tables, 3 end tables, 6 bookcases, 2 cabinets, library table, plant stand, 4 bedside tables, 1 cedar chest Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 13. Household Goods | 1,200.00 | 0.00 | | 700.00 | FA |
| Appliances: Washer, dryer, 2 refrigerators, stove, microwave, coffeemaker, crockpot, food processor, Keurig, rice maker, small Foreman grill Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 14. Household Goods | 1,000.00 | 0.00 | | 1,000.00 | FA |
| Household: Kitchenware, lawnmower, snow blower, string trimmer, rakes, hoes, shovels, hand tools Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 15. Household Goods | 800.00 | 0.00 | | 800.00 | FA |
| Audio-Video: 3 flat screen TVs, 2 DVD players, printer Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 16. Household Goods | 800.00 | 0.00 | | 800.00 | FA |
| Office: 1 Desk, 2 filing cabinets and 1 laptop Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 17. Books / Collectibles | 300.00 | 0.00 | | 300.00 | FA |
| Books-Music: books, DVDs, CDs Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 18. Wearing Apparel | 700.00 | 0.00 | | 700.00 | FA |
| Clothes: Attire for self and spouse Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 19. Furs and Jewelry | 1,200.00 | 0.00 | | 1,200.00 | FA |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                        Ver: 19.06c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| Case No: | 14-31198 ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ALLEMAN, PAUL MARK | Date Filed (f) or Converted (c): | 08/26/14 (f) |
| | ALLEMAN, SERENA LYNN | 341(a) Meeting Date: | 09/19/14 |
| | | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Jewelry: 2 wedding rings, costume jewelry Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 20. Firearms and Hobby Equipment | 600.00 | 0.00 | | 600.00 | FA |
| Sports-Hobby: sewing machine and supplies Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 21. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Insurance: Term life insurance to age 95, for $300,000 for both Serena and Paul. Each of us is beneficiary on the other's policy. Location: Primerica 3120 Breckinridge Boulevard Duluth, Georgia 30099-0001 | | | | | |
| 22. Pension/Profit Sharing | 12,705.20 | 0.00 | | 0.00 | FA |
| Annuities: Prudential Annuity Location: Prudential Annuities One Corporate Drive Shelton, CT 06484 | | | | | |
| 23. Pension / Profit Sharing | 6,149.78 | 0.00 | | 0.00 | FA |
| Retirement: American Funds IRA Location: American Funds, PO Box 7157, Indianapolis, IN 46207-7157 | | | | | |
| 24. Pension / Profit Sharing | 572,470.00 | 0.00 | | 0.00 | FA |
| Retirement: Abbott 401k Location: Abbott holds the account. | | | | | |
| 25. Pension / Profit Sharing | 144,695.62 | 0.00 | | 0.00 | FA |
| Retirement: Curian 500J IRA Location: Curian Capital LLC, 7601 Technology Way, Denver, CO 80237 | | | | | |
| 26. Pension / Profit Sharing | Unknown | 0.00 | | 0.00 | FA |
| Retirement: Millennium Trust Company IRA Location: Millennium Trust Company 2001 Spring Road, Suite 700 Oak Brook, IL 60523 | | | | | |
| 27. Pension / Profit Sharing | 3,148.95 | 0.00 | | 0.00 | FA |
| Retirement: Nova Ventures Group IRA Location: Nova Ventures Group Corporation, 600 Unicorn Park Drive, Woburn, MA 01801-3343 | | | | | |
| 28. Stock | 4,823.34 | 0.00 | | 4,823.34 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 4

Exhibit A

| Case No: | 14-31198 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|---|
| Case Name: | ALLEMAN, PAUL MARK | | | | Date Filed (f) or Converted (c): | 08/26/14 (f) |
| | ALLEMAN, SERENA LYNN | | | | 341(a) Meeting Date: | 09/19/14 |
| | | | | | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Stock: 114 shares Abbott Stock Location: UBS account | | | | | |
| 29. Stock | 15,465.78 | 0.00 | | 16,109.92 | FA |
| Stock: 600 AbbVie stock option grants Location: UBS account | | | | | |
| 30. Partnerships | 79.43 | 0.00 | | 4,040.75 | FA |
| Interest in Semper Fidelis Lake Zurich LLC Paul holds 117,000 of 900,000 shares (note 64,400 of these shares are in Pauls's IRA with Millennium Trust Co) | | | | | |
| 31. Vehicles | 12,000.00 | 0.00 | | 9,600.00 | FA |
| Auto: 2007 Nissan Frontier, 75,000 miles Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 32. Vehicles | 21,000.00 | 0.00 | | 0.00 | FA |
| Auto: 2014 Kia Sportage, 6,000 miles Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 33. Vehicles | 11,000.00 | 0.00 | | 11,000.00 | FA |
| Fun Vehicle: 2006 Keystone Outback, fair condition Location: River Bend RV park, Watertown, WI | | | | | |
| 34. Vehicles | 3,000.00 | 0.00 | | 3,000.00 | FA |
| Fun Vehicle: 1999 R-Vision Trail Lite Bantam, fair condition Location: River Bend RV Park, Watertown, WI | | | | | |
| 35. Vehicles | 1,500.00 | 0.00 | | 1,500.00 | FA |
| Fun Vehicle: 1996 Club Car, average condition Location: River Bend RV Park, Watertown, WI | | | | | |
| 36. Accounts receivable (u) | 62,165.34 | 62,165.34 | | 62,165.34 | FA |
| Money loanded to Semper Fidelis Lake Zurich, LLC | | | | | |
| 37. FINANCIAL ACCOUNTS (u) | 320.06 | 0.00 | | 320.06 | FA |
| Joint Account with Erin Stephens (adult daughter) Acct 032 - ALECU | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5
Exhibit A

| Case No: | 14-31198 ABG Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | ALLEMAN, PAUL MARK | | Date Filed (f) or Converted (c): | 08/26/14 (f) |
| | ALLEMAN, SERENA LYNN | | 341(a) Meeting Date: | 09/19/14 |
| | | | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 38. FINANCIAL ACCOUNTS (u)<br>Joint Account with Allison Alleman (adult daughter) - Acct 057 ALECU | 113.50 | 0.00 | | 113.50 | FA |
| 39. IRA (u)<br>American Funds IRA | 4,200.00 | 0.00 | | 0.00 | FA |
| 40. ANNUITIES (u)<br>Abbott Laboratories Annuity Retirement Plan | Unknown | 0.00 | | 0.00 | FA |
| 41. STOCK (u)<br>183 unvested AbbVie Restricted Stock Units - UBS Financial Svcs, Inc. | Unknown | 0.00 | | 4,750.00 | FA |
| 42. STOCK (u)<br>600 Abbott Stock Option Grants - UBS Financial Svcs | 9,218.16 | 0.00 | | 9,218.16 | FA |
| 43. STOCK (u)<br>1,446 unvested Abbott Restricted Stock Units - UBS Financial Svcs, Inc. | Unknown | 0.00 | | 7,203.25 | FA |
| 44. PARTNERSHIP (u)<br>partner in Semper Fidelis Mundelein, LP whose sole asset was single asset real estate located at 915-919 Tower Road, Mundelein, IL | Unknown | 0.00 | | 10,000.00 | FA |
| 45. ACCOUNT RECEIVABLE (u)<br>Money loaned to Semper Fidelis Mundelein, LP | 101,400.00 | 0.00 | | 101,400.00 | FA |
| 46. CONTINGENT CLAIM (u)<br>Potential claim for mismanagement against former manager of Semper Fidelis Mundelein, LP | Unknown | 0.00 | | 0.00 | FA |
| 47. licenses/franchises (u)<br>non-transferrable, pilot's license | 0.00 | 0.00 | | 0.00 | FA |
| 48. VEHICLE (u)<br>2004 Volkswagen Passat GLS Wagon | 0.00 | 0.00 | | 3,000.00 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 7)*  Ver: 19.06c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 6

Exhibit A

| Case No: | 14-31198   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ALLEMAN, PAUL MARK | Date Filed (f) or Converted (c): | 08/26/14 (f) |
|  | ALLEMAN, SERENA LYNN | 341(a) Meeting Date: | 09/19/14 |
|  |  | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 49. Other personal property (u) Interests in MVC Trust evidenced by 250 points per interest | Unknown | 0.00 |  | 3,000.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,291,831.47 | $62,165.34 |  | $453,219.71 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR IS BEING PREPARED - 1/11/17.  PARTIES ARE CLOSE TO ENTERING INTO A GLOBAL SETTLTMENT BETWEEN TRUSTEE AND FIRSTMERIT BANK - 01/20/16. NEGOTIATIONS ARE CONTINUING Oct. 31, 2015.  TRUSTEE NEGOTIATING WITH DEBTOR FOR SALE OF ASSETS - July 30, 2015.  TRUSTEE INVESTIGATING VALUE OF ASSETS - April 30, 2015.  TRUSTEE HAS BEEN LIQUIDATING ACCOUNTS AND PURSUING ASSETS - Jan. 18, 2015.  TRUSTEE HAS REQUESTED VARIOUS BOOKS AND RECORDS FROM DEBTOR - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 08/30/16      Current Projected Date of Final Report (TFR): 05/30/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-31198 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ALLEMAN, PAUL MARK | | Bank Name: | ASSOCIATED BANK |
| | ALLEMAN, SERENA LYNN | | Account Number / CD #: | *******6199  Checking Account |
| Taxpayer ID No: | *******8963 | | | |
| For Period Ending: | 02/21/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/27/14 | 6, 8 | PAUL & SERENA ALLEMAN | Checking account proceeds | 1129-000 | 19,802.70 | | 19,802.70 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 19,792.70 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.47 | 19,764.23 |
| 12/11/14 | 29 | ABBOTT LABORATORIES CREDIT UNION | PROCEEDS OF STOCK ACCOUNT | 1129-000 | 16,109.92 | | 35,874.15 |
| 12/29/14 | 30 | SEMPER FI LAKE ZURICH LLC | | 1123-000 | 4,040.75 | | 39,914.90 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.18 | 39,868.72 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.27 | 39,809.45 |
| 02/27/15 | 300001 | Arthur B. Levine Company  60 East 42nd Street  Room 965  New York, New York 10165 | Bond premium | 2300-000 | | 43.06 | 39,766.39 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.46 | 39,712.93 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.06 | 39,653.87 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.05 | 39,596.82 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.87 | 39,537.95 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.88 | 39,481.07 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.70 | 39,422.37 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.61 | 39,363.76 |
| 09/16/15 | 36 | SEMPER FI LAKE ZURICH LLC | ACCOUNT RECEIVABLE | 1121-000 | 62,165.34 | | 101,529.10 |
| 09/16/15 | 3 | SEMPER FI LAKE ZURICH LLC | Proceeds from sale of real estate | 1129-000 | 128,488.37 | | 230,017.47 |
| 09/16/15 | 3 | SEMPER FI LAKE ZURICH LLC | Proceeds from sale of real estate | 1129-000 | 2,612.63 | | 232,630.10 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 195.63 | 232,434.47 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 345.52 | 232,088.95 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 333.91 | 231,755.04 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 344.55 | 231,410.49 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 344.06 | 231,066.43 |
| 02/16/16 | 300002 | ADAMS-LEVINE  370 Lexington Avenue | Bond #10BSBGR6291 | 2300-000 | | 164.63 | 230,901.80 |

Page Subtotals  233,219.71  2,317.91

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 9)*  Ver: 19.06c

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-31198 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | ALLEMAN, PAUL MARK | | Bank Name: | ASSOCIATED BANK |
| | ALLEMAN, SERENA LYNN | | Account Number / CD #: | *******6199 Checking Account |
| Taxpayer ID No: | *******8963 | | | |
| For Period Ending: | 02/21/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 321.30 | 230,580.50 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 342.80 | 230,237.70 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 331.26 | 229,906.44 |
| 05/19/16 | | ADELMAN & GETTLEMAN LTD. IOLT | Settlement Proceeds | | 220,000.00 | | 449,906.44 |
| | 1 | | Memo Amount:    30,000.00 | 1110-000 | | | |
| | 2 | | Memo Amount:     2,000.00 | 1110-000 | | | |
| | 5 | | Memo Amount:       100.00 | 1129-000 | | | |
| | 7 | | Memo Amount:     6,499.92 | 1129-000 | | | |
| | 9 | | Memo Amount:     4,556.88 | 1129-000 | | | |
| | 10 | | Memo Amount:       738.38 | 1129-000 | | | |
| | 11 | | Memo Amount:        76.51 | 1129-000 | | | |
| | 12 | | Memo Amount:     1,000.00 | 1129-000 | | | |
| | 13 | | Memo Amount:       700.00 | 1129-000 | | | |
| | 14 | | Memo Amount:     1,000.00 | 1129-000 | | | |
| | 15 | | Memo Amount:       800.00 | 1129-000 | | | |
| | 16 | | Memo Amount:       800.00 | 1129-000 | | | |
| | 17 | | Memo Amount:       300.00 | 1129-000 | | | |
| | 19 | | Memo Amount:     1,200.00 | 1129-000 | | | |
| | 20 | | Memo Amount:       600.00 | 1129-000 | | | |
| | 31 | | Memo Amount:     9,600.00 | 1129-000 | | | |
| | 33 | | Memo Amount:    11,000.00 | 1129-000 | | | |
| | 34 | | Memo Amount:     3,000.00 | 1129-000 | | | |
| | 35 | | Memo Amount:     1,500.00 | 1129-000 | | | |
| | 44 | | Memo Amount:    10,000.00 | 1229-000 | | | |
| | 45 | | Memo Amount:   101,400.00 | 1229-000 | | | |
| | 49 | | Memo Amount:     3,000.00 | 1229-000 | | | |
| | 18 | | Memo Amount:       700.00 | 1129-000 | | | |

Page Subtotals    220,000.00    995.36

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-31198 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ALLEMAN, PAUL MARK | Bank Name: | ASSOCIATED BANK |
| | ALLEMAN, SERENA LYNN | Account Number / CD #: | *******6199  Checking Account |
| Taxpayer ID No: | *******8963 | | |
| For Period Ending: | 02/21/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 41 | | Memo Amount: 4,750.00 | 1229-000 | | | |
| | 28 | | Memo Amount: 4,823.34 | 1129-000 | | | |
| | 37 | | Memo Amount: 320.06 | 1229-000 | | | |
| | 38 | | Memo Amount: 113.50 | 1229-000 | | | |
| | 42 | | Memo Amount: 9,218.16 | 1229-000 | | | |
| | 43 | | Memo Amount: 7,203.25 | 1229-000 | | | |
| | 48 | | Memo Amount: 3,000.00 | 1229-000 | | | |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 478.91 | 449,427.53 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 646.57 | 448,780.96 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 667.24 | 448,113.72 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 666.16 | 447,447.56 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 643.81 | 446,803.75 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 664.27 | 446,139.48 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 641.90 | 445,497.58 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 662.33 | 444,835.25 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 661.41 | 444,173.84 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 220,000.00 | COLUMN TOTALS | 453,219.71 | 9,045.87 | 444,173.84 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 453,219.71 | 9,045.87 | |
| Memo Allocation Net: | 220,000.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 453,219.71 | 9,045.87 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 220,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - *******6199 | 453,219.71 | 9,045.87 | 444,173.84 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 220,000.00 | | 453,219.71 | 9,045.87 | 444,173.84 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        5,732.60

FORM 2

Page: 4

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-31198 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | ALLEMAN, PAUL MARK | | Bank Name: | ASSOCIATED BANK |
| | ALLEMAN, SERENA LYNN | | Account Number / CD #: | *******6199  Checking Account |
| Taxpayer ID No: | *******8963 | | | |
| For Period Ending: | 02/21/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | Account / CD |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Balance ($) |

Checking Account - ********6199

| | | | | Page Subtotals | 0.00 | 0.00 | |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: February 21, 2017 |

Case Number: 14-31198
Debtor Name: ALLEMAN, PAUL MARK

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 001 3410-00 | FGMK<br>2801 Lakeside Drive<br>3rd Floor<br>Bannockburn, IL 60015 | Administrative | | $8,014.00 | $0.00 | $8,014.00 |
| ADMIN 001 2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $25,910.99 | $0.00 | $25,910.99 |
| ADMIN 001 3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $14,084.88 | $0.00 | $14,084.88 |
| BOND 999 2300-00 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Administrative | | $43.06 | $43.06 | $0.00 |
| BOND 999 2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $164.63 | $164.63 | $0.00 |
| 000001 070 7100-00 | FirstMerit Bank, N.A.<br>c/o Jeffrey K. Paulsen<br>FactorLaw<br>105 W. Madison Suite 1500<br>Chicago, IL 60602 | Unsecured | | $1,439,656.49 | $0.00 | $1,439,656.49 |
| | Case Totals: | | | $1,487,874.05 | $207.69 | $1,487,666.36 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-31198
Case Name: ALLEMAN, PAUL MARK
　　　　　ALLEMAN, SERENA LYNN
Trustee Name: JOSEPH E. COHEN

　　　　Balance on hand　　　　　　　　　　　　　　　　$　　444,173.84

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 25,910.99 | $ 0.00 | $ 25,910.99 |
| Trustee Expenses: JOSEPH E. COHEN | $ 25.80 | $ 0.00 | $ 25.80 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 14,034.75 | $ 0.00 | $ 14,034.75 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 50.13 | $ 0.00 | $ 50.13 |
| Accountant for Trustee Fees: FGMK | $ 8,014.00 | $ 0.00 | $ 8,014.00 |
| Other: Arthur B. Levine Company | $ 43.06 | $ 43.06 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 164.63 | $ 164.63 | $ 0.00 |

　　　Total to be paid for chapter 7 administrative expenses　　　$　　48,035.67
　　　Remaining Balance　　　　　　　　　　　　　　　　　　　$　　396,138.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 1,439,656.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.5 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FirstMerit Bank, N.A. | $ 1,439,656.49 | $ 0.00 | $ 396,138.17 |
| | Total to be paid to timely general unsecured creditors | | | $ 396,138.17 |
| | Remaining Balance | | | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE