IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **PAUL ALLEMAN** | ) | No. 14 B 31198 |
| **SERENA ALLEMAN** | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:     See Attached List

I, JOSEPH E. COHEN, state that copies of the Amended Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on March 20, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                                    BY:/s/ Joseph E. Cohen
                                                                        One of His Attorney

Service List:

FirstMerit Bank, NA
c/o Jeffrey Paulsen
FactorLaw
105 W. Madison, Ste 1500
Chicago, IL   60602

Howard Adelman
hla@ag-ltd.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov