UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALLEMAN, PAUL MARK | § | Case No. 14-31198 |
| ALLEMAN, SERENA LYNN | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 18,600.00 *(Without deducting any secured claims)* | Assets Exempt: 821,358.55 |
| Total Distributions to Claimants: 396,138.17 | Claims Discharged Without Payment: 1,246,044.47 |
| Total Expenses of Administration: 57,081.54 | |

3) Total gross receipts of $ 453,219.71  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 453,219.71  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 185,260.15 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 57,081.54 | 57,081.54 | 57,081.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,227,896.00 | 1,439,656.49 | 1,439,656.49 | 396,138.17 |
| **TOTAL DISBURSEMENTS** | $ 3,413,156.15 | $ 1,496,738.03 | $ 1,496,738.03 | $ 453,219.71 |

4)  This case was originally filed under chapter 7 on 08/26/2014 . The case was pending for 33 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/10/2017           By:/s/JOSEPH E. COHEN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Residence: Single family home at 7062 Bentley Dr i | 1110-000 | 30,000.00 |
| Other: 2 lots in a recreational vehicle park Locat | 1110-000 | 2,000.00 |
| Accounts receivable | 1121-000 | 62,165.34 |
| Partnerships | 1123-000 | 4,040.75 |
| Debtor owns an interest in an LLC which owns a bui | 1129-000 | 131,101.00 |
| Cash | 1129-000 | 100.00 |
| Financial Accounts | 1129-000 | 13,000.00 |
| Financial Accounts | 1129-000 | 6,499.92 |
| Financial Accounts | 1129-000 | 6,802.70 |
| Financial Accounts | 1129-000 | 4,556.88 |
| Financial Accounts | 1129-000 | 738.38 |
| Financial Accounts | 1129-000 | 76.51 |
| Household Goods | 1129-000 | 1,000.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Household Goods | 1129-000 | 700.00 |
| Household Goods | 1129-000 | 1,000.00 |
| Household Goods | 1129-000 | 800.00 |
| Household Goods | 1129-000 | 800.00 |
| Books / Collectibles | 1129-000 | 300.00 |
| Wearing Apparel | 1129-000 | 700.00 |
| Furs and Jewelry | 1129-000 | 1,200.00 |
| Firearms and Hobby Equipment | 1129-000 | 600.00 |
| Stock | 1129-000 | 4,823.34 |
| Stock | 1129-000 | 16,109.92 |
| Vehicles | 1129-000 | 9,600.00 |
| Vehicles | 1129-000 | 11,000.00 |
| Vehicles | 1129-000 | 3,000.00 |
| Vehicles | 1129-000 | 1,500.00 |
| FINANCIAL ACCOUNTS | 1229-000 | 320.06 |
| FINANCIAL ACCOUNTS | 1229-000 | 113.50 |
| STOCK | 1229-000 | 4,750.00 |
| STOCK | 1229-000 | 9,218.16 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| STOCK | 1229-000 | 7,203.25 |
| PARTNERSHIP | 1229-000 | 10,000.00 |
| ACCOUNT RECEIVABLE | 1229-000 | 101,400.00 |
| VEHICLE | 1229-000 | 3,000.00 |
| Other personal property | 1229-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$453,219.71** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abbott Laboratories Empl Credit Union 401 N. Riverside Drive Ste 1-A Gurnee, IL 60031 | | 19,367.82 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abbott Laboratories Empl Credit Union 401 N. Riverside Drive Ste 1-A Gurnee, IL 60031-5915 | | 123,484.04 | NA | NA | 0.00 |
| | Chase PO Box 9001871 Louisville, KY 40290-1871 | | 42,408.29 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 185,260.15** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 25,910.99 | 25,910.99 | 25,910.99 |
| COHEN, JOSEPH E. | 2200-000 | NA | 25.80 | 25.80 | 25.80 |
| ADAMS-LEVINE | 2300-000 | NA | 164.63 | 164.63 | 164.63 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 43.06 | 43.06 | 43.06 |
| ASSOCIATED BANK | 2600-000 | NA | 8,838.18 | 8,838.18 | 8,838.18 |
| COHEN & KROL | 3110-000 | NA | 9,356.55 | 9,356.55 | 9,356.55 |
| COHEN, JOSEPH | 3110-000 | NA | 4,678.20 | 4,678.20 | 4,678.20 |
| COHEN & KROL | 3120-000 | NA | 50.13 | 50.13 | 50.13 |
| FGMK | 3410-000 | NA | 8,014.00 | 8,014.00 | 8,014.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 57,081.54 | $ 57,081.54 | $ 57,081.54 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section 401 S. State Street, 4th Floor Chicago, IL 60605 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alec Rewards Visa 401 N. Riverside Drive Ste 1-A Gurnee, IL 60031 | | 66.50 | NA | NA | 0.00 |
| | Chase P. O. Box 15123 Wilmington, DE 19850 | | 762.77 | NA | NA | 0.00 |
| | Chase P. O. Box 15123 Wilmington, DE 19850 | | 1,696.88 | NA | NA | 0.00 |
| | Citibank P. O. Box 6500 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Cornerstone National Bank PO Box 1249 Palatine, IL 60078-1249 | | 200,000.00 | NA | NA | 0.00 |
| | Kohls 6120 Grand Ave Gurnee, IL 60031 | | 0.00 | NA | NA | 0.00 |
| | Macy's 6124 Grand Avenue Gurnee, IL 60031 | | 0.00 | NA | NA | 0.00 |
| | Target REDcard P.O. Box 660170 Dallas, TX 75266-0170 | | 0.00 | NA | NA | 0.00 |
| 000001 | FIRSTMERIT BANK, N.A. | 7100-000 | 3,025,369.85 | 1,439,656.49 | 1,439,656.49 | 396,138.17 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 3,227,896.00 | $ 1,439,656.49 | $ 1,439,656.49 | $ 396,138.17 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 14-31198 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | ALLEMAN, PAUL MARK | | | Date Filed (f) or Converted (c): | 08/26/14 (f) |
| | ALLEMAN, SERENA LYNN | | | 341(a) Meeting Date: | 09/19/14 |
| For Period Ending: | 05/10/17 | | | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: Single family home at 7062 Bentley Dr i | 225,000.00 | 0.00 | | 30,000.00 | FA |
| 2. Other: 2 lots in a recreational vehicle park Locat | 4,000.00 | 0.00 | | 2,000.00 | FA |
| 3. Debtor owns an interest in an LLC which owns a bui | Unknown | 0.00 | | 131,101.00 | FA |
| 4. Interests in the MVC Trust evidenced by 250 points | Unknown | 0.00 | | 0.00 | FA |
| 5. Cash | 100.00 | 0.00 | | 100.00 | FA |
| Cash: Emergency cash on hand Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 6. Financial Accounts | 21,115.62 | 0.00 | | 13,000.00 | FA |
| Checking Account: 08-73 Location: Abbott Laboratories Empl Credit Union, 401 N. Riverside Drive Ste 1-A Gurnee, Illinois 60031-5915 | | | | | |
| 7. Financial Accounts | 6,499.92 | 0.00 | | 6,499.92 | FA |
| Checking Account: 0097 Location: Bank Financial 48 Orland Square Drive, Orland Park, IL 60462 | | | | | |
| 8. Financial Accounts | 35,189.00 | 0.00 | | 6,802.70 | FA |
| Checking Account: 1331 Location: Cornerstone National Bank, PO Box 1249, Palatine, IL 60078 | | | | | |
| 9. Financial Accounts | 4,556.88 | 0.00 | | 4,556.88 | FA |
| Savings Account: 1462 Location: Bank Financial, 48 Orland Square Drive, Orland Park, IL 60462 | | | | | |
| 10. Financial Accounts | 738.38 | 0.00 | | 738.38 | FA |
| Savings Account: 08-01 Location: Abbott Laboratories Employees Credit Union 401 N. Riverside Drive Ste 1-A Gurnee, Illinois 60031-5915 | | | | | |
| 11. Financial Accounts | 76.51 | 0.00 | | 76.51 | FA |
| Savings Account: 08-11 Location: Abbott Laboratories Employees Credit Union 401 N. Riverside Drive Ste 1-A Gurnee, Illinois 60031-5915 | | | | | |

Case 14-31198   Doc 121   Filed 05/22/17   Entered 05/22/17 14:17:23   Desc Main
Document      Page 10 of 19

FORM 1

Page: 2

Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No: | 14-31198 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | ALLEMAN, PAUL MARK | | | Date Filed (f) or Converted (c): | 08/26/14 (f) |
| | ALLEMAN, SERENA LYNN | | | 341(a) Meeting Date: | 09/19/14 |
| | | | | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. Household Goods | 2,500.00 | 0.00 | | 1,000.00 | FA |
| Furniture: 3 couches, 3 chairs, round table and 4 chairs, Dining room table and 6 chairs, 3 beds, 1 bunkbed, 3 chest of drawers, 2 coffee tables, 3 end tables, 6 bookcases, 2 cabinets, library table, plant stand, 4 bedside tables, 1 cedar chest Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 13. Household Goods | 1,200.00 | 0.00 | | 700.00 | FA |
| Appliances: Washer, dryer, 2 refrigerators, stove, microwave, coffeemaker, crockpot, food processor, Keurig, rice maker, small Foreman grill Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 14. Household Goods | 1,000.00 | 0.00 | | 1,000.00 | FA |
| Household: Kitchenware, lawnmower, snow blower, string trimmer, rakes, hoes, shovels, hand tools Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 15. Household Goods | 800.00 | 0.00 | | 800.00 | FA |
| Audio-Video: 3 flat screen TVs, 2 DVD players, printer Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 16. Household Goods | 800.00 | 0.00 | | 800.00 | FA |
| Office: 1 Desk, 2 filing cabinets and 1 laptop Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 17. Books / Collectibles | 300.00 | 0.00 | | 300.00 | FA |
| Books-Music: books, DVDs, CDs Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 18. Wearing Apparel | 700.00 | 0.00 | | 700.00 | FA |
| Clothes: Attire for self and spouse Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 19. Furs and Jewelry | 1,200.00 | 0.00 | | 1,200.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010)  (Page: 10)

Ver: 20.00a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| Case No: | 14-31198   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ALLEMAN, PAUL MARK | Date Filed (f) or Converted (c): | 08/26/14 (f) |
|  | ALLEMAN, SERENA LYNN | 341(a) Meeting Date: | 09/19/14 |
|  |  | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Jewelry: 2 wedding rings, costume jewelry Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 20. Firearms and Hobby Equipment | 600.00 | 0.00 | | 600.00 | FA |
| Sports-Hobby: sewing machine and supplies Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 21. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Insurance: Term life insurance to age 95,for $300,000 for both Serena and Paul.  Each of us is beneficiary on the other's policy. Location: Primerica 3120 Breckinridge Boulevard Duluth, Georgia  30099-0001 | | | | | |
| 22. Pension/Profit Sharing | 12,705.20 | 0.00 | | 0.00 | FA |
| Annuities: Prudential Annuity Location: Prudential Annuities One Corporate Drive Shelton, CT 06484 | | | | | |
| 23. Pension / Profit Sharing | 6,149.78 | 0.00 | | 0.00 | FA |
| Retirement: American Funds IRA Location: American Funds, PO Box 7157, Indianapolis, IN 46207-7157 | | | | | |
| 24. Pension / Profit Sharing | 572,470.00 | 0.00 | | 0.00 | FA |
| Retirement: Abbott 401k Location: Abbott holds the account. | | | | | |
| 25. Pension / Profit Sharing | 144,695.62 | 0.00 | | 0.00 | FA |
| Retirement: Curian 500J IRA Location: Curian Capital LLC, 7601 Technology Way, Denver, CO 80237 | | | | | |
| 26. Pension / Profit Sharing | Unknown | 0.00 | | 0.00 | FA |
| Retirement: Millennium Trust Company IRA Location: Millennium Trust Company 2001 Spring Road, Suite 700 Oak Brook, IL 60523 | | | | | |
| 27. Pension / Profit Sharing | 3,148.95 | 0.00 | | 0.00 | FA |
| Retirement: Nova Ventures Group IRA Location: Nova Ventures Group Corporation, 600 Unicorn Park Drive, Woburn, MA 01801-3343 | | | | | |
| 28. Stock | 4,823.34 | 0.00 | | 4,823.34 | FA |

LFORM1

Ver: 20.00a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Case 14-31198   Doc 121   Filed 05/22/17   Entered 05/22/17 14:17:23   Desc Main
Document   Page 12 of 19

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 4

Exhibit 8

| Case No: | 14-31198 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | ALLEMAN, PAUL MARK | Date Filed (f) or Converted (c): | 08/26/14 (f) |
| | ALLEMAN, SERENA LYNN | 341(a) Meeting Date: | 09/19/14 |
| | | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Stock: 114 shares Abbott Stock Location: UBS account | | | | | |
| 29. Stock | 15,465.78 | 0.00 | | 16,109.92 | FA |
| Stock: 600 AbbVie stock option grants Location: UBS account | | | | | |
| 30. Partnerships | 79.43 | 0.00 | | 4,040.75 | FA |
| Interest in Semper Fidelis Lake Zurich LLC Paul holds 117,000 of 900,000 shares (note 64,400 of these shares are in Pauls's IRA with Millennium Trust Co) | | | | | |
| 31. Vehicles | 12,000.00 | 0.00 | | 9,600.00 | FA |
| Auto: 2007 Nissan Frontier, 75,000 miles Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 32. Vehicles | 21,000.00 | 0.00 | | 0.00 | FA |
| Auto: 2014 Kia Sportage, 6,000 miles Location: 7062 Bentley Drive Gurnee, IL 60031 | | | | | |
| 33. Vehicles | 11,000.00 | 0.00 | | 11,000.00 | FA |
| Fun Vehicle: 2006 Keystone Outback, fair condition Location: River Bend RV park, Watertown, WI | | | | | |
| 34. Vehicles | 3,000.00 | 0.00 | | 3,000.00 | FA |
| Fun Vehicle: 1999 R-Vision Trail Lite Bantam, fair condition Location: River Bend RV Park, Watertown, WI | | | | | |
| 35. Vehicles | 1,500.00 | 0.00 | | 1,500.00 | FA |
| Fun Vehicle: 1996 Club Car, average condition Location: River Bend RV Park, Watertown, WI | | | | | |
| 36. Accounts receivable (u) | 62,165.34 | 62,165.34 | | 62,165.34 | FA |
| Money loanded to Semper Fidelis Lake Zurich, LLC | | | | | |
| 37. FINANCIAL ACCOUNTS (u) | 320.06 | 0.00 | | 320.06 | FA |
| Joint Account with Erin Stephens (adult daughter) Acct 032 - ALECU | | | | | |

Case 14-31198  Doc 121  Filed 05/22/17  Entered 05/22/17 14:17:23  Desc Main
Document      Page 13 of 19

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 5

Exhibit 8

| Case No: | 14-31198 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | ALLEMAN, PAUL MARK | | | Date Filed (f) or Converted (c): | 08/26/14 (f) |
| | ALLEMAN, SERENA LYNN | | | 341(a) Meeting Date: | 09/19/14 |
| | | | | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 38. FINANCIAL ACCOUNTS (u) | 113.50 | 0.00 | | 113.50 | FA |
| Joint Account with Allison Alleman (adult daughter) - Acct 057 ALECU | | | | | |
| 39. IRA (u) | 4,200.00 | 0.00 | | 0.00 | FA |
| American Funds IRA | | | | | |
| 40. ANNUITIES (u) | Unknown | 0.00 | | 0.00 | FA |
| Abbott Laboratories Annuity Retirement Plan | | | | | |
| 41. STOCK (u) | Unknown | 0.00 | | 4,750.00 | FA |
| 183 unvested AbbVie Restricted Stock Units - UBS Financial Svcs, Inc. | | | | | |
| 42. STOCK (u) | 9,218.16 | 0.00 | | 9,218.16 | FA |
| 600 Abbott Stock Option Grants - UBS Financial Svcs | | | | | |
| 43. STOCK (u) | Unknown | 0.00 | | 7,203.25 | FA |
| 1,446 unvested Abbott Restricted Stock Units - UBS Financial Svcs, Inc. | | | | | |
| 44. PARTNERSHIP (u) | Unknown | 0.00 | | 10,000.00 | FA |
| partner in Semper Fidelis Mundelein, LP whose sole asset was single asset real estate located at 915-919 Tower Road, Mundelein, IL | | | | | |
| 45. ACCOUNT RECEIVABLE (u) | 101,400.00 | 0.00 | | 101,400.00 | FA |
| Money loanded to Semper Fidelis Mundelein, LP | | | | | |
| 46. CONTINGENT CLAIM (u) | Unknown | 0.00 | | 0.00 | FA |
| Potential claim for mismanagement against former manager of Semper Fidelis Mundelein, LP | | | | | |
| 47. licenses/franchises (u) | 0.00 | 0.00 | | 0.00 | FA |
| non-transferrable, pilot's license | | | | | |
| 48. VEHICLE (u) | 0.00 | 0.00 | | 3,000.00 | FA |
| 2004 Volkswagen Passat GLS Wagon | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 6
Exhibit 8

| Case No: | 14-31198 ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | ALLEMAN, PAUL MARK | Date Filed (f) or Converted (c): | 08/26/14 (f) |
| | ALLEMAN, SERENA LYNN | 341(a) Meeting Date: | 09/19/14 |
| | | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 49. Other personal property (u)  Interests in MVC Trust evidenced by 250 points per interest | Unknown | 0.00 | | 3,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | | $1,291,831.47 | $62,165.34 | $453,219.71 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SENT TFR TO US TEE FOR REVIEW - 2/21/17

TFR IS BEING PREPARED - 1/11/17.  PARTIES ARE CLOSE TO ENTERING INTO A GLOBAL SETTLTMENT BETWEEN TRUSTEE AND FIRSTMERIT BANK - 01/20/16. NEGOTIATIONS ARE CONTINUING Oct. 31, 2015.  TRUSTEE NEGOTIATING WITH DEBTOR FOR SALE OF ASSETS - July 30, 2015.  TRUSTEE INVESTIGATING VALUE OF ASSETS - April 30, 2015.  TRUSTEE HAS BEEN LIQUIDATING ACCOUNTS AND PURSUING ASSETS - Jan. 18, 2015.  TRUSTEE HAS REQUESTED VARIOUS BOOKS AND RECORDS FROM DEBTOR - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 08/30/16     Current Projected Date of Final Report (TFR): 05/30/17

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

Ver: 20.00a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-31198 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ALLEMAN, PAUL MARK | | Bank Name: | ASSOCIATED BANK |
| | ALLEMAN, SERENA LYNN | | Account Number / CD #: | *******6199  Checking Account |
| Taxpayer ID No: | *******8963 | | | |
| For Period Ending: | 05/10/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/27/14 | 6, 8 | PAUL & SERENA ALLEMAN | Checking account proceeds | 1129-000 | 19,802.70 | | 19,802.70 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 19,792.70 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.47 | 19,764.23 |
| 12/11/14 | 29 | ABBOTT LABORATORIES CREDIT UNION | PROCEEDS OF STOCK ACCOUNT | 1129-000 | 16,109.92 | | 35,874.15 |
| 12/29/14 | 30 | SEMPER FI LAKE ZURICH LLC | | 1123-000 | 4,040.75 | | 39,914.90 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.18 | 39,868.72 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.27 | 39,809.45 |
| 02/27/15 | 300001 | Arthur B. Levine Company | Bond premium | 2300-000 | | 43.06 | 39,766.39 |
| | | 60 East 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.46 | 39,712.93 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.06 | 39,653.87 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.05 | 39,596.82 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.87 | 39,537.95 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.88 | 39,481.07 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.70 | 39,422.37 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.61 | 39,363.76 |
| 09/16/15 | 36 | SEMPER FI LAKE ZURICH LLC | ACCOUNT RECEIVABLE | 1121-000 | 62,165.34 | | 101,529.10 |
| 09/16/15 | 3 | SEMPER FI LAKE ZURICH LLC | Proceeds from sale of real estate | 1129-000 | 128,488.37 | | 230,017.47 |
| 09/16/15 | 3 | SEMPER FI LAKE ZURICH LLC | Proceeds from sale of real estate | 1129-000 | 2,612.63 | | 232,630.10 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 195.63 | 232,434.47 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 345.52 | 232,088.95 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 333.91 | 231,755.04 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 344.55 | 231,410.49 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 344.06 | 231,066.43 |
| 02/16/16 | 300002 | ADAMS-LEVINE | Bond #10BSBGR6291 | 2300-000 | | 164.63 | 230,901.80 |
| | | 370 Lexington Avenue | | | | | |

Page Subtotals    233,219.71    2,317.91

Ver: 20.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-31198 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ALLEMAN, PAUL MARK | Bank Name: | ASSOCIATED BANK |
| | ALLEMAN, SERENA LYNN | Account Number / CD #: | *******6199  Checking Account |
| Taxpayer ID No: | *******8963 | | |
| For Period Ending: | 05/10/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 321.30 | 230,580.50 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 342.80 | 230,237.70 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 331.26 | 229,906.44 |
| 05/19/16 | | ADELMAN & GETTLEMAN LTD. IOLT | Settlement Proceeds - Incoming Wire | | 220,000.00 | | 449,906.44 |
| | 1 | | Memo Amount:      30,000.00 | 1110-000 | | | |
| | 2 | | Memo Amount:       2,000.00 | 1110-000 | | | |
| | 5 | | Memo Amount:         100.00 | 1129-000 | | | |
| | 7 | | Memo Amount:       6,499.92 | 1129-000 | | | |
| | 9 | | Memo Amount:       4,556.88 | 1129-000 | | | |
| | 10 | | Memo Amount:         738.38 | 1129-000 | | | |
| | 11 | | Memo Amount:          76.51 | 1129-000 | | | |
| | 12 | | Memo Amount:       1,000.00 | 1129-000 | | | |
| | 13 | | Memo Amount:         700.00 | 1129-000 | | | |
| | 14 | | Memo Amount:       1,000.00 | 1129-000 | | | |
| | 15 | | Memo Amount:         800.00 | 1129-000 | | | |
| | 16 | | Memo Amount:         800.00 | 1129-000 | | | |
| | 17 | | Memo Amount:         300.00 | 1129-000 | | | |
| | 19 | | Memo Amount:       1,200.00 | 1129-000 | | | |
| | 20 | | Memo Amount:         600.00 | 1129-000 | | | |
| | 31 | | Memo Amount:       9,600.00 | 1129-000 | | | |
| | 33 | | Memo Amount:      11,000.00 | 1129-000 | | | |
| | 34 | | Memo Amount:       3,000.00 | 1129-000 | | | |
| | 35 | | Memo Amount:       1,500.00 | 1129-000 | | | |
| | 44 | | Memo Amount:      10,000.00 | 1229-000 | | | |
| | 45 | | Memo Amount:     101,400.00 | 1229-000 | | | |
| | 49 | | Memo Amount:       3,000.00 | 1229-000 | | | |
| | 18 | | Memo Amount:         700.00 | 1129-000 | | | |

Page Subtotals    220,000.00    995.36

Ver: 20.00a

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 14-31198 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ALLEMAN, PAUL MARK | | Bank Name: | ASSOCIATED BANK |
| | ALLEMAN, SERENA LYNN | | Account Number / CD #: | *******6199  Checking Account |
| Taxpayer ID No: | *******8963 | | | |
| For Period Ending: | 05/10/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 41 | | Memo Amount:       4,750.00 | 1229-000 | | | |
| | 28 | | Memo Amount:       4,823.34 | 1129-000 | | | |
| | 37 | | Memo Amount:         320.06 | 1229-000 | | | |
| | 38 | | Memo Amount:         113.50 | 1229-000 | | | |
| | 42 | | Memo Amount:       9,218.16 | 1229-000 | | | |
| | 43 | | Memo Amount:       7,203.25 | 1229-000 | | | |
| | 48 | | Memo Amount:       3,000.00 | 1229-000 | | | |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 478.91 | 449,427.53 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 646.57 | 448,780.96 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 667.24 | 448,113.72 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 666.16 | 447,447.56 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 643.81 | 446,803.75 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 664.27 | 446,139.48 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 641.90 | 445,497.58 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 662.33 | 444,835.25 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 661.41 | 444,173.84 |
| 04/12/17 | 300003 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 25.80 | 444,148.04 |
| 04/12/17 | 300004 | JOSEPH COHEN, Attorney<br>105 W. Madison, Ste 1100<br>Chicago, IL  60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,678.20 | 439,469.84 |
| 04/12/17 | 300005 | FGMK<br>2801 Lakeside Drive<br>3rd Floor<br>Bannockburn, IL 60015 | Claim ADMIN, Payment 100.00000%<br>Accountant  for Trustee fees<br>Accountant for Trustee fees | 3410-000 | | 8,014.00 | 431,455.84 |
| 04/12/17 | 300006 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100 | Claim ADMIN, Payment 100.00000% | 2100-000 | | 25,910.99 | 405,544.85 |

Page Subtotals                    0.00            44,361.59

Ver: 20.00a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-31198 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ALLEMAN, PAUL MARK | | Bank Name: | ASSOCIATED BANK |
| | ALLEMAN, SERENA LYNN | | Account Number / CD #: | *******6199  Checking Account |
| Taxpayer ID No: | *******8963 | | | |
| For Period Ending: | 05/10/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/12/17 | 300007 | Chicago, IL 60602<br>COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Claim ADMIN, Payment 100.00000% | | | 9,406.68 | 396,138.17 |
| | | | Fees        9,356.55 | 3110-000 | | | |
| | | | Expenses       50.13 | 3120-000 | | | |
| 04/12/17 | 300008 | FirstMerit Bank, N.A.<br>c/o Jeffrey K. Paulsen<br>FactorLaw<br>105 W. Madison Suite 1500<br>Chicago, IL 60602 | Claim 000001, Payment 27.51616%<br>(1-1) Modified on 4/1/15 to correct<br>claim class (GB). | 7100-000 | | 396,138.17 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 220,000.00 | COLUMN TOTALS | | 453,219.71 | 453,219.71 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 453,219.71 | 453,219.71 | |
| Memo Allocation Net: | 220,000.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 453,219.71 | 453,219.71 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 220,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********6199 | | 453,219.71 | 453,219.71 | 0.00 |
| Total Memo Allocation Net: | 220,000.00 | | | 453,219.71 | 453,219.71 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          405,544.85

Ver: 20.00a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 18)

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-31198 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | ALLEMAN, PAUL MARK | | Bank Name: | ASSOCIATED BANK |
| | ALLEMAN, SERENA LYNN | | Account Number / CD #: | *******6199 Checking Account |
| Taxpayer ID No: | *******8963 | | | |
| For Period Ending: | 05/10/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals    0.00    0.00

Ver: 20.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*